IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAYLOR FRANCIS**                                                                                          **PLAINTIFF**

vs.                                              No. 4:22-cv-94-BRW

**GAMDAN SERVICES, LLC,**                                                                      **DEFENDANTS**
**GAMDAN FADAH and ADNAN FADAH**

## PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEYS' FEES

Plaintiff Taylor Francis, by and through her attorneys, Sanford Law Firm, PLLC, for her Motion for Approval of Attorneys' Fees, states as follows:

1. Plaintiff filed this case on February 2, 2022 (ECF No. 1), pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the Arkansas Minimum Wage Act ("AMWA"), Ark. Code Ann. § 11-4-201, *et seq.*, to recover unpaid wages.

2. The parties engaged in settlement negotiations, and on June 27, 2022, filed a Joint Motion for Approval of Liability Settlement (ECF No. 10), stating that they had reached an agreement to settle Plaintiff's liability claims and reserving the issue of costs and attorneys' fees. With respect to fees, the parties noted that counsel for Plaintiff intended to elect the greater of 40% of the total gross amount recovered in this lawsuit plus costs incurred or an amount of fees and costs to be negotiated with Defendants.

3. On July 6, 2022, the parties filed their Joint Notice of Remaining Settlement (ECF No. 13) representing that, in light of the total amounts billed in the

Page 1 of 4
Taylor Francis v. Gamdan Services, LLC, et al.
U.S.D.C. (E.D. Ark.) Case No. 4:22-cv-94-BRW
Plaintiff's Motion for Approval of Attorneys' Fees

case, counsel for Plaintiff had elected to take 25% rather than 40% of the total recovered by Plaintiff, plus costs.

4. In response to the Joint Notice of Remaining Settlement, on July 11, 2022, the Court entered an Order (ECF No. 14) directing the parties to produce "billing records, the contingency fee agreement, and all correspondence related to fees."

5. This Motion represents Plaintiff's effort to comply with that Order and to further explain the reasonableness of the fee arrangement at issue in this case.

6. As requested by the Court, Plaintiff has attached a Billing Spreadsheet reflecting all billing incurred in this case through July 11, 2022, as Exhibit 1. To assist this Court with assessing fees, Plaintiff has conducted a self-audit and deducted certain line items, as reflected in the Billing Spreadsheet.

7. Also in compliance with this Court's Order, Plaintiff has attached the contingency fee agreement ("Attorney Employment Contract") and the only written correspondence between Plaintiff's counsel and Defendants' counsel related to fees as Exhibits 6 and 7, respectively. Plaintiff's counsel conveyed the fee demand referenced therein on Defendants' counsel on June 30, 2022, shortly after this Court's Order on that date.

8. Having provided this information, Plaintiff requests approval of the proposed costs and attorneys' fees as stated in the Joint Notice of Remaining Settlement and pursuant to the FLSA, 29 U.S.C. § 216(b), and the AMWA, Ark. Code Ann. § 11-4-218(a).

9. Particularly, Plaintiff requests that this Court approve of payment in the amount of $4,359.00 (25% of $15,000.00 plus costs of $609.00) to Plaintiff's counsel for

Page 2 of 4
Taylor Francis v. Gamdan Services, LLC, et al.
U.S.D.C. (E.D. Ark.) Case No. 4:22-cv-94-BRW
Plaintiff's Motion for Approval of Attorneys' Fees

costs and attorneys' fees, to be taken from the total settlement ($14,000.00 to Plaintiff, and $1,000.00 afterwards negotiated to defray fees and costs), such that Plaintiff's remaining total is $10,641.00.

10. As shown in detail on Plaintiff's Costs Invoice attached hereto as Exhibit 3, Plaintiff incurred $609.00 in costs other than attorneys' fees during litigation, which is recoverable pursuant to the FLSA, 29 U.S.C. § 216(b), and under Rule 54(d). Although Plaintiff does not request these costs as a separate item, the costs should be considered when considering the reasonableness of the fee agreement.

11. In support of this Motion, Plaintiff attaches hereto and incorporates herein the following exhibits:

> Ex. 1    Billing Spreadsheet;
> Ex. 2    Declaration of Attorney Josh Sanford;
> Ex. 3    Costs Invoice;
> Ex. 4    2021 Legal Trends Report published by Clio;
> Ex. 5    2021 Clio Report on hourly rates for Arkansas attorneys;
> Ex. 6    Attorney Employment Contract; and
> Ex. 7    Correspondence related to fees.

12. This Motion is supported by a contemporaneous Memorandum Brief.

13. Plaintiff further incorporates herein the parties' Joint Motion for Approval of Liability Settlement (ECF No. 10) and Joint Notice of Remaining Settlement (ECF No. 13).

WHEREFORE, premises considered, Plaintiff respectfully requests that this Motion for Costs and Attorneys' Fees be granted in its entirety, that the Court award counsel for Plaintiff fees in the amount of 25% of the total settlement, and for all other just and equitable relief to which Plaintiff may be entitled.

Page 3 of 4
Taylor Francis v. Gamdan Services, LLC, et al.
U.S.D.C. (E.D. Ark.) Case No. 4:22-cv-94-BRW
Plaintiff's Motion for Approval of Attorneys' Fees

Respectfully submitted,

**PLAINTIFF TAYLOR FRANCIS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 4 of 4**
**Taylor Francis v. Gamdan Services, LLC, et al.**
**U.S.D.C. (E.D. Ark.) Case No. 4:22-cv-94-BRW**
**Plaintiff's Motion for Approval of Attorneys' Fees**